# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| M.K. POWERS, | Civil No. 09-1097 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | **ORDER FOR DISMISSAL** |
| Defendant. | |

___

Thomas Lyons, Sr. and Trista Roy, **CONSUMER JUSTICE CENTER, PA,** 367 Commerce Court, Vadnais Heights, MN 55127, for plaintiff.

Dawn McFadden, **JONES DAY,** 901 Lakeside Avenue, Cleveland, OH 44114, Gregory Myers, **LOCKRIDGE GRINDAL NAUEN PLLP**, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401, for defendant.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on July 1, 2010 [Docket No. 26].

**IT IS HEREBY ORDERED** that the above-captioned action may be, and hereby is, **DISMISSED, with PREJUDICE**, will all parties agreeing to bear their own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 6, 2010
at Minneapolis, Minnesota.

                                                             s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                              United States District Judge